D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PLLC
1513 Tyrell Lane, Suite 130
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Idaho State Bar No. 1367
Attorneys for Jack O. Loader

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>**JACK O. LOADER**<br><br>                         Debtor. | Case No. **08-00387** |
| **LORI WOOD**<br><br>                         Plaintiff,<br>vs.<br>**JACK O. LOADER,**<br><br>                         Defendant. | Adversary No.  **09-06004**<br><br>**ANSWER** |

COMES NOW the Defendant and answers Plaintiff's Complaint as follows:

I.    Admit.

II.   Admit that a verdict was entered on January 24, 2008 and deny the remainder.

III.  Admit that a verdict was entered on January 24, 2008 and deny the remainder.

IV.   Admit

V.    Admit that the same was entered, but deny that it was valid.  Since the judgment was

entered in contravention of the automatic stay of this Court, the same is void.

ANSWER

VI. Admit that Defendant filed his petition on March 5, 2008 and deny the remainder.

VII. Deny.

VIII. Deny.

IX. Deny.

X. Deny. To the contrary, Defendant was not operating the motor vehicle and did not commit any "intentional, reckless and outrageous conduct" with regard thereto.

XI. Deny.

WHEREFORE, Defendant prays that Plaintiff's Complaint be DISMISSED; that Plaintiff have and recover nothing thereby, and for such other and further relief as to the Court may seem just.

Dated this 23rd day of January, 2009.

LAW OFFICES OF D. BLAIR CLARK PLLC


by__/s/_____
D. Blair Clark

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of January, 2009, I caused to be served a true and correct copy of the foregoing by ECF addressed to the following:

Jeremy Gugino, Trustee

Jon M. Steele

US Trustee


__/s/_____
D. Blair Clark

ANSWER